# EXHIBIT A

**On May 17, 2017, at 3:12 PM, María Grand <maria.k.grand@gmail.com> wrote:**

Hey Steve,

It has not made me happy to see you around these days. I am not at the point yet where I can look at you in a neutral way.

At this point I have deep seated anger towards you.

To me, you are truly an evil person, who only considers others as instruments towards your own fulfillment. Of course, this is sick behavior, so you can never get enough fulfillment - so you have to keep finding new people to pray upon.

The fact that you are getting accolades and respect is a symptom of the decadence of our society. We value, as a society, the "winners" - the people who are very smart, brilliant, "geniuses" - but we pay no attention to our leaders' mental health.

If we were a little more balanced, you, who so highly disregards other people's feelings, and who thrives on negativity and making other people feel bad, would be considered sick.

In fact you are sick. You are very sick. As you know human beings are predictable. We follow consistent general patterns. Within those patterns, you have clear signs of sociopathy and antisocial behavior. It is a shame that you are in a position of power, where you are teaching and leading other people. In case you don't agree with the psychological terms, I can simplify it for you: what you are almost unilaterally considered is what people call a bad person.

Make no mistake: I am sure you have helped a lot of people. But does that really erase the pain you have cause to so many people? Are human beings a commodity that you can add and subtract? Is it okay to destroy one person if you've helped 100? I don't think so. There are no ethical grounds for what you did with me. What you did with Paty was equally despicable. And though I don't know details, I am sure you have had equally destructive behaviors with other people.

I'll list here, simply, three of the despicable things you did with me.
1. You hit on me when I was 17. This was barely legal - but also, it was taking advantage of your status, your knowledge,  your position, your experience and maturity.

2. You had a field day playing with my emotions and Paty's emotions for a couple years. You made it hard for her and I to communicate with each other. You purposely fed us a negative image of one another. You created havoc and destruction in our lives, and broke our hearts (at least mine, although I am pretty damn sure hers too). You did all this when I was barely 20, and you were almost 60, established, and comfortable.
3. You sexually harassed me for 3 years after September 2013. You know what you did. I also have several instances of proof. You repeatedly dangled carrots at me. You are the one who was older, mature, and in a position of power, and dangling carrots at me. Telling me that "if I came to your room, I'd get a surprise", etc.

It's only a matter of time until all this comes to the surface. While I am not in a position now to deal with anything publicly, one day I will be. I am letting you know now that I don't intend on being quiet; I don't intend on protecting you; I don't intend on preserving anything for you. I am not going to let this go without speaking up on it.

However, if you offer sincere amends and want to work towards some kind of closure, I am open to that. By closure, I DO NOT MEAN that I am interested in any sexual acts. I am not interested in a friendship. I am not interested in a work relationship. All I am potentially interested in is for you to apologize. That would really help me let some of the anger go, and it would tranquilize me as to any more damage you might cause to other people in the future. I am not concerned here about my part of responsibility because I have already taken responsibility, and I've taken steps to heal the pain I have caused. Of course I see my responsibility in this (had I been a more experienced and stable person, I would've avoided you from the start, because the messages about your mental health were clear in hindsight), but this is not what I am addressing here.

I would much rather take a kind approach and receiving your apology. If you are willing to grow as a person and take responsibility for your behavior, you will be helping the world. If not, you will continue being a symptom of imbalance. It's up to you.

Maria