# EXHIBIT B



**Maria Grand**
October 15, 2017 ·

My favorite part about this Harvey Weinstein stuff is all of the guys in the shadows who are starting to worry a little bit. Yahhhh those skeletons are coming out people!

45     1 Comment

Like     Share

;