"

"

"

"

# EXHIBIT B

Begin forwarded message:

**From:** María Grand <maria.k.grand@gmail.com>
**Subject: letter**
**Date:** November 14, 2017 at 11:57:52 AM EST
**To:** María Grand <maria.k.grand@gmail.com>

Hey,

There's been lots of talks about sexism in the music industry. I wrote a long letter about my experience with it. It's attached to this email.

If you have time please read it. It's not public at the moment because it's legally dangerous for me to publish this (even though I've removed any mention of names), but I need people to know what's up. The content of it is definitely triggering so please don't read it if you are not in an emotionally stable place.

Feel free to do whatever you want with the information that's in this letter. It's not a secret. But please don't forward the actual letter to anyone. If you think I should send this to someone, email me and I'll do it.

I'm sending you this so it can be the start of a larger conversation about what's acceptable and what's not. Personally I'm doing okay and I don't really need moral support and although I'll happily welcome it if that's what you feel, I'm definitely not looking for pity. What I do need is for awareness to be raised on this huge problem. This isn't just something that happened to me. You can bet something similar, although hopefully not as bad, has happened to almost every woman musician you know.

I really think the whole music community can do better and I'm sending it to you because it's important personally for me that you read this and also because your voice counts and what you think matters.

This might end up being public at some point, but I have to make sure it's done in an effective way and that I protect myself too. So for now, I'm only sharing it with people privately.

Peace,


--
María Grand
*-saxophonist, composer, educator*
mariakimgrand.com