UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVE COLEMAN,
    Plaintiff

V.

MARIA KIM GRAND,
    Defendant

Case No. 1:18-cv-05663 (JBW) (RLM)

**EMERGENCY MOTION TO SEAL EXHIBITS TO PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

    Comes Counsel for the Plaintiff and hereby moves this court to immediately seal Exhibits A-X to the Declaration of Steve Coleman in opposition to Defendant's Motion for a Protective Order (Document 35-1). Counsel filed the exhibits without realizing that portions of the text conversations that are not referenced in the Response contain inappropriate photographs. Counsel noticed the photographs while preparing the Court's courtesy hard copy. Counsel will gladly re-file the exhibits individually and fill out the proper form according to the Individual Rules for the offending exhibit, but in terms of immediate relief, Counsel prays that this court immediately block non-party access to the filing and seal document 35-1.

Dated this 5th of April, 2019

                                      Respectfully Submitted,

                                      Joyce Cooper #30855
                                      Michelle Owens #26512
                                      Agee Owens & Cooper
                                      2911 Elm Hill Pike STE 2
                                      Nashville, TN 37214
                                      *Attorneys for Plaintiff*
                                      *Pro Hac vice Admission*