ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE  

DATE: April 12, 2019  
START: 3:30 pm  
END: 4:15 pm  

DOCKET NO: 18-cv-05663  
CASE: Coleman v. Grand  

- [ ] INITIAL CONFERENCE
- [x] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Joyce Cooper |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Kate McKnight |
|  | A. Mackenna White |
|  |  |

- [ ] DISCOVERY TO BE COMPLETED BY _____
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, the Court concludes that (1) defendant failed to establish that this is the "rare[]" case in which a party (plaintiff) should be excluded from the deposition of the defendant (cf. Galella v. Onassis, 487 F.2d 986, 997 (2d Cir. 1973)); and (2) plaintiff, who wishes to discover evidence of defendant's sexual history to establish her "sexual predisposition," has not sustained his burden of establishing that that discovery would be relevant under the facts and theories of this case and that the probative

value of such evidence substantially outweighs the danger of harm and unfair prejudice to the defendant, as required under Fed. R. Evid. 412 and the Advisory Committee Notes thereto (1994 Amendments). Therefore, while defendant may be questioned at her deposition about her sexual relationship with plaintiff, she may not be questioned about unrelated other sexual relationships. Defendant's motion for a protective order (DE #30) is thus granted in part and denied in part.

In order to ensure compliance with the aforesaid restrictions, and to minimize defendant's claimed discomfort resulting from allowing plaintiff to attend the deposition next week, the deposition will take place in a courtroom in the courthouse and will be presided over by retired Magistrate Judge Pohorelsky.

The Court denies defendant's motion to strike plaintiff's submissions (DE #39) but rules that the exhibits attached to plaintiff's declaration will remain under seal, for the reasons articulated by the Court.